| | |
|---|---|
| **From:** | Tracy Galicia <tgalicia6719@gmail.com> |
| **Sent:** | Friday, March 11, 2022 4:01 PM |
| **To:** | FLSB EMERGENCY FILINGS |
| **Subject:** | Bankruptcy filing |
| **Attachments:** | Bk filing -6719 Boston DR, Lantana 33462.pdf; SS Form -6719 Boston DR, Lantana 33462.pdf; Voluntary Petition BK- 6719 Boston DR, Lantana 33462.pdf; Tracy Driver License.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Good afternoon,
Please find the documents for my bankruptcy attached.

Best regards,
Tracy

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Tracy Galicia <tgalicia6719@gmail.com> |
| **Sent:** | Friday, March 11, 2022 5:31 PM |
| **To:** | FLSB EMERGENCY FILINGS |
| **Subject:** | Re: Bankruptcy filing |
| **Attachments:** | Bk filing -6719 Boston DR, Lantana 33462.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

I am so sorry please find the correct filling certificate attached.

On Fri, Mar 11, 2022 at 4:00 PM Tracy Galicia <tgalicia6719@gmail.com> wrote:
> Good afternoon,
> Please find the documents for my bankruptcy attached.
>
> Best regards,
> Tracy

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.